**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eugene HORTON, Defendant—
Appellant.**

No. 09–7270.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 27, 2009.

Eugene Horton, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Horton appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Horton,* No. 7:04–cr–00078–FL–1 (E.D.N.C. July 1, 2009). We deny Horton's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*